# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA,**

    Petitioner,

v.                                                     Case No.: 8:10-MC-0038-T-33EAJ

**RAYMOND P. GAUTHIER, JR.,**

    Respondent.
_____/

## REPORT AND RECOMMENDATION

Before the court are Petitioner's **Petition to Enforce Internal Revenue Service Summons** (Dkt. 1), the **Declaration** of Revenue Officer Judy Arpino (Dkt. 2), and the **Summons** attached thereto (Dkt. 2 Ex. 1). The court held a hearing on the petition on June 8, 2010. Despite being personally served with the court's order setting the hearing (see Dkt. 4), Respondent did not appear.

Officer Arpino is conducting an investigation of Respondent's individual tax liability for 1999-2000 and 2003-2008 (Dkt. 1 at 2). On January 22, 2010, Officer Arpino summoned Respondent to appear on February 4, 2010 and produce information (such as books, records, and other papers) bearing on Respondent's tax liability (Dkt. 2, Ex. 1).

On April 23, 2010, this court ordered Respondent to show cause why he should not be compelled to comply with the summons (Dkt. 3). Respondent did not respond to the order and did not appear at the June 8, 2010 hearing on the Petition. To date, Respondent has not produced the documents at issue.

Thus, upon consideration, I recommend as follows:

(1)    Within twenty (20) days of the District Judge's approval of this Report and Recommendation and entry of an order enforcing the IRS summons, Respondent

shall produce the requested documents to Officer Arpino;

(2) If testimony is necessary, Respondent shall appear before Officer Arpino within ten (10) days of producing the requested documents, at a time convenient for Officer Arpino.

**Date: June 8, 2010**

ELIZABETH A JENKINS
United States Magistrate Judge

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of service shall bar an aggrieved party from attacking the factual findings on appeal. See 28 U.S.C. 636(b)(1).

Copies to:
District Judge
Counsel of Record