UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

v.                          CASE NO: 8:10-mc-38-T-33EAJ

RAYMOND P. GAUTHIER, JR.,

    Respondent.
_____/

**ORDER**

This cause comes before the Court pursuant to Petitioner's Petition to Enforce Internal Revenue Service Summons (Doc. # 1). On June 8, 2010, the Honorable Elizabeth A. Jenkins, United States Magistrate Judge, issued a Report and Recommendation (Doc. # 6), recommending that an order be entered enforcing the IRS summons.

As of this date, there are no objections to the report and recommendation, and the time for the parties to file such objections has elapsed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections,

there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

Upon consideration of the Report and Recommendation of the Magistrate Judge, and upon this Court's independent examination of the file, it is determined that the Magistrate Judge's Report and Recommendation should be adopted.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Jenkins' Report and Recommendation (Doc. # 6) is **ADOPTED, CONFIRMED,** and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Petitioner's Petition to Enforce Internal Revenue Service Summons (Doc. # 1) is **GRANTED.**

(3) Within twenty (20) days of this Order, Respondent shall produce the requested documents to Officer Arpino, or any

other designated officer of the Internal Revenue Service.

(4) If testimony is necessary, Respondent shall appear before Officer Arpino, or any other designated officer of the Internal Revenue Service, within ten (10) days of producing the requested documents, at a time and place convenient for Officer Arpino.

(5) The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 25th day of June, 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Parties and Counsel of Record

3